**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

**SCOTT GALLANT and KATHLEEN GALLANT,**
Plaintiffs,

v.

**TOWN OF BOWDOINHAM;**
JOHN/JANE DOES 1–10,
Defendants.

Civil Action No.: _____

**COMPLAINT FOR DECLARATORY, INJUNCTIVE, AND MONETARY RELIEF**
(42 U.S.C. § 1983 and Supplemental State Law Claims)
**JURY DEMAND**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

JAN -7 2026

ERIC M. STORMS, CLERK

BY_____
DEPUTY CLERK

## I. JURISDICTION AND VENUE

1. This action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983.

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343, with supplemental jurisdiction under 28 U.S.C. § 1367.

3. Venue is proper in this District under 28 U.S.C. § 1391(b).

## II. PARTIES

4. Plaintiffs Scott Gallant and Kathleen Gallant are residents of Bowdoinham, Maine.

5. Defendant Town of Bowdoinham is a municipal corporation organized under Maine law.

6. John/Jane Does 1–10 are Town officials, employees, agents, and associated law-enforcement personnel.

## III. FACTUAL BACKGROUND — PATTERN AND PRACTICE

7. Plaintiffs were subjected to a pattern of selective, arbitrary, and retaliatory municipal conduct.

8. Enforcement rationales shifted and procedures departed from neutral standards.

9. Plaintiffs sought lawful resolution; the Town responded with obstruction and escalation.

## IV. MUNICIPAL LIABILITY (MONELL)

10. The Town maintained policies, customs, or practices causing constitutional violations.

11. The Town failed to train or supervise and ratified unconstitutional conduct.

## V. CAUSES OF ACTION

12. Procedural Due Process (42 U.S.C. § 1983).

13. Substantive Due Process (42 U.S.C. § 1983).

14. Equal Protection (Selective Enforcement / Retaliation).

15. Municipal Liability (Monell).

## VI. DAMAGES

16. Plaintiffs suffered economic loss, emotional distress, and physical harm.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request declaratory, injunctive, compensatory, and equitable relief, attorneys' fees, costs, and such other relief as the Court deems just and

proper.

## VIII. JURY DEMAND

Plaintiffs demand a trial by jury on all issues so triable.

Respectfully submitted,

*[signature]*
Scott Gallant

*[signature]*
Kathleen Gallant
Pro Se

8 Stone Hill Place
Bowdoinham, ME 04008
Phone: 207-838-8733
Email: mainetreeguy04008@gmail.com
Dated: 1/7/2026