UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| SCOTT GALLANT AND | ) | |
| KATHLEEN GALLANT, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00003-LEW |
| | ) | |
| TOWN OF BOWDOINHAM, et al., | ) | |
| | ) | |
| Defendants | ) | |

**<u>ORDER ON MOTION TO DISMISS</u>**

This matter is before the Court on the Motion to Dismiss (ECF No. 6) filed by the Town of Bowdoinham and unidentified Doe defendants who, presumably, work for the Town.  In their Motion, Defendants observe that Plaintiffs' Complaint fails to state any factual content in support of the claims recited in it.  Defendants nevertheless go the extra mile to explain what is required to state a claim for which relief may be granted and what is required in the way of facts for each count recited in the Complaint.

In opposition to the Motion, Plaintiffs state that their Complaint "alleges a detailed, years-long course of conduct by the Town of Bowdoinham and its officials involving repeated interference with Plaintiffs' property interests, inconsistent and arbitrary enforcement actions, and the use of governmental authority in a manner that plausibly violates Plaintiffs' constitutional rights." Pls. Opp'n at 1 (ECF No. 7).  However, a review of the three-page document Plaintiffs filed as their Complaint, a document that contains only one page of allegations and only three short sentences concerning the "Factual

Background" (ECF No. 1), demonstrates that Defendants are entirely correct in their appraisal. If the detailed account Plaintiffs refer to in their Opposition (ECF No. 8) does exist, it has not been filed on the Court's docket.

For these reasons, the Motion to Dismiss (ECF No. 6) is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE, meaning that the dismissal does not prevent Plaintiffs from filing an amended complaint in this case (see below) or filing a new case at a later date and paying a new filing fee.

Although the Court dismisses the Complaint for failure to state a claim, the Court allows Plaintiffs 30 days from the date of this Order to file a motion to amend along with a proposed amended complaint. Should they do so, Defendants will have the opportunity to oppose the motion to amend before the Court reviews it. Should Plaintiffs fail to file a motion to amend along with a proposed amended complaint, this case will be closed.

SO ORDERED.

Dated this 21st day of July, 2026.

/s/ Lance E. Walker
Chief U.S. District Judge